United States District Court for the Southern District of New York

CASE NO.: 14 CV 9892

AFFIDAVIT OF SERVICE

**Philosophy, Inc.**

vs.

**Baylis and Harding PLC and The
Bon–Ton Stores, Inc.**
_____/

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, **Robert Calantropio**, a competent adult, being duly sworn according to law, depose and say that at **12:17 PM** on **12/17/2014**, I served **The Bon–Ton Stores, Inc.** at **2801 East Market Street, York, PA 17402** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s).
Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **Served Angie Hoke, Mail Room Manager.**

a true and correct copy of **Summons in a Civil Action; Complaint; Electronic Case Filing Rules and Instructions; Individual Practices of Judge William H. Pauley III** issued in the above captioned matter.

Description:
Sex: Female – Age: 55 – Skin: White – Hair: Blonde – Height: 5' 04" – Weight: 130

Sworn to and subscribed before me on this
_18th_ day of _December_, 20_14_

_____
NOTARY PUBLIC

X_____
Robert Calantropio
Samserv, Inc.
85 Willis Avenue, Suite F
Mineola, NY 11501
(718) 875-1133

Atty File#: **29743** – Our File# **36272**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Brittany Edelus, Notary Public
Lower Paxton Township, Dauphin County
My commission expires April 11, 2018

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| PHILOSOPHY, INC., | ) | |
| *Plaintiff* | ) ) ) | **14 CV 9892** |
| v. | ) | Civil Action No. |
| BAYLIS & HARDING PLC and THE BON-TON STORES, INC., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

JUDGE PAULEY

To: *(Defendant's name and address)* The Bon-Ton Stores, Inc.
2801 East Market Street
York, Pennsylvania 17402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa Pearson, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP.
1114 Avenue of the Americas, 21st Fl.
New York, NY 10036
Phone: (212) 775-8700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRA...
CLERK OF COURT

Date: DEC 15 2014

*Signature of Clerk or Deputy Clerk*